UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Chicago Regional Council of Carpenters, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOUND SOLUTIONS WINDOWS & DOORS, *et al.*,<br><br>    Defendants. | No. 09 C 6948<br><br>Judge Kendall |

## AGREED MOTION FOR ENTRY OF JUDGMENT

Plaintiff United States of America, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, defendant Ronald Spielman, by his attorney Abraham Brustein, DiMonte & Lizak, LLC, and relator Chicago Regional Council of Carpenters, by its attorney Travis J. Ketterman, Whitfield, McGann & Ketterman, pursuant to a written settlement agreement, jointly move for the entry of judgment in favor of the United States and against Ronald Spielman, individually, in the amount of $250,000. This judgment is joint and several with the judgment entered in this case against Sound Solutions Windows & Doors, LLC, and the parties

have stipulated in the written settlement agreement that this judgment is non-dischargable in bankruptcy.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:  s/ James M. Kuhn Sr.
    JAMES M. KUHN SR.
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1877
    james.kuhn@usdoj.gov

s/ Abraham Brustein
ABRAHAM BRUSTEIN
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
(847) 698-9600
abrustein@dimontelaw.com

    s/ Travis J. Ketterman
TRAVIS J. KETTERMAN
Whitfield, McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, Illinois 6060 l
(312) 251-9700
tketterman@wmklaborlaw.com